# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                Chapter 13

ROSANNE M. ENGLAND                                         Bankruptcy No. 22-11423-MDC

100 E GLENOLDEN AVE
UNIT E-23
GLENOLDEN, PA 19036

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROSANNE M. ENGLAND

    100 E GLENOLDEN AVE
    UNIT E-23
    GLENOLDEN, PA 19036

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 710
    PHILA.,, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/30/2022                                                                                                        /s/ Kenneth E. West

                                                                                                           _____
                                                                                                           Kenneth E. West, Esquire
                                                                                                           Chapter 13 Standing Trustee