**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Rosanne M. England | : |
| | : |
| Debtor(s) | : NO.  22-11423 AMC |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Amended Chapter 13 Plan and Amended Schedule J, were mailed either first class mail, postage prepaid or electronically on September 28, 2022 to the U.S. Trustee, Kenneth E. West, Trustee, Rosanne M. England, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

9-28-22                                                                                            /s/    MICHAEL A. LATZES
DATE                                                                                       MICHAEL A. LATZES, ESQUIRE
                                                                                         Attorney for Debtor