# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 22-11423-MDC

ROSANNE M. ENGLAND

100 E GLENOLDEN AVE
UNIT E-23
GLENOLDEN, PA 19036

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROSANNE M. ENGLAND

100 E GLENOLDEN AVE
UNIT E-23
GLENOLDEN, PA 19036

Counsel for debtor(s), by electronic notice only.

MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 710
PHILA.,, PA 19102-

Date: 10/4/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee