United States Bankruptcy Court

Eastern District of Pennsylvania

In re:             Case No. 22-11423-mdc

Rosanne M. England      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Nov 10, 2022     Form ID: 155     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosanne M. England, 100 E. Glenolden Ave., Unit E-23, Glenolden, PA 19036-2214 |
| 14695470 | | Fingerhut, 6250 Ridgewood Road, Attn: Bankruptcy Dept., Philadelphia, PA 19134 |
| 14695473 | + | LVNV Funding, c/o Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Attn: Bankruptcy Dept., Canonsburg, PA 15317-0403 |
| 14699742 | + | M&T Bank, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14710768 | + | Pentagon Federal Credit Union, c/o Danielle Boyle-Ebersole, Esq., Orlans, PC, 200 Eagle Road, Suite 120, Wayne, PA 19087-3115 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14695468 | | Email/Text: cfcbackoffice@contfinco.com | Nov 11 2022 00:06:00 | Continental Finance Co., 4550 New Linden Hill Road, Suite 400, Attn: Bankruptcy Dept., Wilmington, DE 19808 |
| 14695466 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 11 2022 00:06:00 | Comenity Bank/Brylnhme, P.O. 182789, Attn: Bankrupty Dept., Columbus, OH 43218-2789 |
| 14695467 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 11 2022 00:06:00 | Comenity Bank/HSN, P.O. BOX 659707, Attn: Bankruptcy Dept., San Antonio, TX 78265-9707 |
| 14695469 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 11 2022 00:13:44 | Credit One Bank, P.O. BOX 98873, Attn: Bankruptcy Dept., Las Vegas, NV 89193-8873 |
| 14695471 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 11 2022 00:06:00 | FSB Blaze Credit Card, 500 E. 60th Street, Attn: Bankruptcy Dept., Sioux Falls, SD 57104 |
| 14695472 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 11 2022 00:06:00 | Kohl's, P.O. BOX 3115, Attn: Bankruptcy Dept., Milwaukee, WI 53201-3115 |
| 14697146 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2022 00:13:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696955 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2022 00:13:45 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14695474 | | Email/Text: camanagement@mtb.com | Nov 11 2022 00:06:00 | M&T Bank, P.O. BOX 1288, Buffalo, NY 14240-1288 |
| 14703419 | | Email/Text: camanagement@mtb.com | Nov 11 2022 00:06:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14699099 | ^ | MEBN | Nov 11 2022 00:03:55 | M&T Bank, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14702387 | + | Email/Text: bankruptcy@sccompanies.com | Nov 11 2022 00:06:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14695475 | | Email/Text: bankruptcy@sccompanies.com | Nov 11 2022 00:06:00 | Masseys, P.O. BOX 2808, Attn: Bankruptcy Dept., Monroe, WI 53566-8008 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 155 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 14695476 | + | Email/PDF: cbp@onemainfinancial.com | Nov 11 2022 00:13:27 | OneMain Financial Group, P.O. Box 1010, Attn: Bankruptcy Dept., Evansville, IN 47706-1010 |
| 14695477 | | Email/Text: bkrgeneric@penfed.org | Nov 11 2022 00:06:00 | Pentagon Federal Credit Union, P.O. BOX 247009, Attn: Bankruptcy Dept., Omaha, NE 68124-7009 |
| 14710194 | | Email/Text: bkrgeneric@penfed.org | Nov 11 2022 00:06:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 14695478 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2022 00:13:28 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Attn: Bankruptcy Dept., Norfolk, VA 23502 |
| 14704253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2022 00:13:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14704777 | | Email/Text: bnc-quantum@quantum3group.com | Nov 11 2022 00:06:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14695479 | | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2022 00:24:08 | SYNCB/EVINE LIVE, P.O. BOX 965005, Attn: Bankruptcy Dept., Orlando, FL 32896-5005 |
| 14695480 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2022 00:13:45 | SYNCB/HSN, P.O. Box 965017, Attn: Bankruptcy Dept., Orlando, FL 32896-5017 |
| 14695481 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2022 00:13:45 | SYNCB/SHOP, P.O. BOX 965015, Attn: Bankruptcy Dept., Orlando, FL 32896-5015 |
| 14695482 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2022 00:13:44 | SYNCB/TJX COS DC, P.O. BOX 965015, Attn: Bankruptcy Dept., Orlando, FL 32896-5015 |
| 14695483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2022 00:24:11 | SYW MC/CBNA, P.O. BOX 6217, Attn: Bankrupty Dept., Sioux Falls, SD 57117-6217 |
| 14695787 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2022 00:13:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696136 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2022 00:13:44 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695484 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 11 2022 00:06:00 | TBOM/FORTIVA MC, P.O. Box 105555, Attn: Bankruptcy Dept., Atlanta, GA 30348-5555 |
| 14710360 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 11 2022 00:13:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14695485 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 11 2022 00:06:00 | WebBank/Fingerhut, 6509 Flying Cloud Drive, Attn: Bankruptcy Dept., Eden Prairie, MN 55344-3307 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2022 | Form ID: 155 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Pentagon Federal Credit Union dboyle-ebersole@orlans.com  PABKAttorneyecf@orlans.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. LATZES | on behalf of Debtor Rosanne M. England efiling@mlatzes-law.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rosanne M. England
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−11423−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 10, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Magdeline D. Coleman
                                                  Chief Judge ,
                                                  United States Bankruptcy Court