UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     Roseanne M. England | : |
| | : |
|                Debtor | : NO. 22-11423 AMC |

## NOTICE OF APPLICATION FOR APPOINTMENT AS REAL ESTATE AGENT/BROKER

Notice is hereby given to all interested parties that the Debtor, Roseanne M. England, ("Debtor"), by and through counsel, MICHAEL A. LATZES, ESQUIRE, has filed an Application requesting that the Court appoint RE/MAX Preferred-Newtown Square/ Philip Winicov, as a real estate broker and agent, respectively, to sell the real estate of the Debtor, located at 100 E. Glenolden Ave., #E-23, Glenolden, PA 19036. Any Objection to this Application must be filed and served upon us within seven (7) days from the date the Applicaton was filed. A copy of the Application is provided to the Standing Chapter 13 Trustee, United States Trustee, creditors with security interest in the property to be sold, other parties on Clerk's Notice List and the Debtor. Other parties can obtain a copy on request.

Date:   1-17-25                                                                           /s/ MICHAEL A. LATZES
                                                                                          MICHAEL A. LATZES, ESQUIRE
                                                                                           1528 Walnut Street, Suite 710
                                                                                           Philadelphia, PA 19102
                                                                                           (215)545-0200
                                                                                           mlatzes@mlatzes-law.com