UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Roseanne M. England :
:
                    Debtor : NO. 22-11423 AMC

## CERTIFICATION OF NOTICE

I, **MICHAEL A. LATZES, ESQUIRE**, attorney for the Debtor in the above-captioned matter, hereby certifies that on or before January 17, 2025, a copy of Debtor's Application for Employment of a Real Estate Agent was served on the following parties by Court-generated ECF notice and/or served a copy by first class mail, on the date indicated below, to the following addresses:

**Ken West, Trustee**  
**Standing Chapter 13 Trustee**  
**P.O. BOX 40837**  
**Philadelphia, PA 19107**

**ECF Notice and e-mail**  
**kwest@ph13trustee.com**

**Frederic J. Baker, Esquire**  
**Asst. U.S. Trust**  
**Robert NC Nix, Sr. Federal Building**  
**900 Market Street, Suite 320**  
**Philadelphia, PA 19107**

**ECF Notice and e-mail**  
**USTPRegion03.PH.ECF@usdoj.gov**

**Denise Carlon, Esquire**  
**KML Law Group**  
**Suite 5000-BNY Independence Ctr.**  
**701 Market Street**  
**Philadelphia, PA 19106-1532**  
**(for M & T Bank)**

**ECF Notice and e-mail**  
**denisecarlon@kmlgroup.com**

**Danielle Boyle-Ebersole**  
**298 Wissahickon Ave.**  
**North Wales, PA 19454**  
**(Pentagon Federal Credit Union)**

**Dboyle-ebersole@hoflawgroup.com**

| | |
|---|---|
| **LVNV Funding, LLC**<br>**c/o Resurgent Capital Services**<br>**P.O. BOX 10587**<br>**Greenville, SC 29603-0587** | **First Class Mail** |
| **Massey's**<br>**c/o Creditors Bankruptcy Service**<br>**P.O. BOX 800849**<br>**Dallas, TX 75380** | **First Class Mail** |
| **Portfolio Recovery Associates, LLC**<br>**P.O. BOX 41067**<br>**Norfolk, VA 23541** | **First Class Mail**<br><br>**First Class Mail** |
| **Quantum3 Group LLC, as agent**<br>**for Crown Asset Management, LLC**<br>**P.O. BOX 788**<br>**Kirkland, WA 98083-0788** | **First Class Mail** |
| **Verizon**<br>**by American InfoSource as agent**<br>**4515 N. Santa Fe Ave.**<br>**Oklahoma City, OK 73118** | **First Class Mail** |
| **Roseanna England**<br>**100 E. Glenolden Ave., #E23**<br>**Glenolden, PA 19036** | **First Class Mail** |

 1-17-25             /s/ MICHAEL A. LATZES
                     **MICHAEL A. LATZES, ESQUIRE**
                     **Attorney for Debtor**
                     **1528 Walnut Street, Suite 710**
                     **Philadelphia, PA 19102**
                     **(215) 545-0200**
                     **Attorney I.D. 34017**