UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                         : CHAPTER 13
    Roseanne M. England                 :
                                               :
       Debtor                        : NO.  22-11423 amc

CERTIFICATION OF NOTICE AND
CERTIFICATION OF NO OBJECTION


I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the

Notice of Motion, Response Deadline and  Application to Employ Philip W. Winicov/

RE/MAX Preferred - Newtown Square as Debtor's Real Estate Agent , were served, postage

prepaid or electroncially, to all interested parties on January 17, 2025.

Counsel certifies that there have been no objection or other responsive pleadings

filed in the above-referenced case and therefore requests that this court enter an order approving

the employment of realtor, Philip Winicov RE/MA Preferred -Newtown Square and approve the

commission.


 1-27-25                                    /s/    MICHAEL A. LATZES
  Date                                    MICHAEL A. LATZES, ESQUIRE
                                              1528 Walnut Street, Suite 710
                                              Philadelphia, PA   19102
                                              (215) 545-0200 (Phone)
                                              (215) 546-5269 (Fax)