UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        : CHAPTER 13
    Roseanne M. England               :
                                              :
              Debtor               :  NO. 22-11423 AMC

## ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY PHILIP P. WINICOV/RE/MAX PREFERRED AS DEBTOR'S REAL ESTATE AGENT

**AND NOW,** upon consideration of Debtor's Motion to Employ Philip Winicov/ RE/MAX Preferred, as Debtor's Real Estate Agent, and no response in opposition thereto, it is hereby **ORDERED** as follows:

Debtor is hereby authorized to employ Philip Winicov/RE/MAX Preferred to sell Debtor's real estate located at 100 E. Glenolden Ave., #E-23, Glenolden, PA 19036.

Date:_____          BY THE COURT:

**Date: January 31, 2025**
                                      _____
                                      ASHELY M. CHAN
                                      U.S. BANKRUPTCY JUDGE