UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Roseanne M. England :
:
                      Debtor : NO. 22-11423 AMC

## CERTIFICATION OF NOTICE

I, **MICHAEL A. LATZES, ESQUIRE**, attorney for the Debtor in the above-captioned matter, hereby certifies that on or before January 31, 2025, a copy of Debtor's Motion to Sell Real Property and Notice were served on the following parties by Court-generated ECF notice and/or served a copy by first class mail, on the date indicated below, to the following addresses:

| | |
|---|---|
| **Ken West, Trustee**<br>**Standing Chapter 13 Trustee**<br>**P.O. BOX 40837**<br>**Philadelphia, PA 19107** | ECF Notice and e-mail<br>kwest@ph13trustee.com |
| **Frederic J. Baker, Esquire**<br>**Asst. U.S. Trust**<br>**Robert NC Nix, Sr. Federal Building**<br>**900 Market Street, Suite 320**<br>**Philadelphia, PA 19107** | ECF Notice and e-mail<br>USTPRegion03.PH.ECF@usdoj.gov |
| **Denise Carlon, Esquire**<br>**KML Law Group**<br>**Suite 5000-BNY Independence Ctr.**<br>**701 Market Street**<br>**Philadelphia, PA 19106-1532**<br>**(for M & T Bank)** | ECF Notice and e-mail<br>denisecarlon@kmlgroup.com |
| **Danielle Boyle-Ebersole**<br>**298 Wissahickon Ave.**<br>**North Wales, PA 19454**<br>**(Pentagon Federal Credit Union)** | **Dboyle-ebersole@hoflawgroup.com** |

| | |
|---|---|
| **LVNV Funding, LLC**<br>**c/o Resurgent Capital Services**<br>**P.O. BOX 10587**<br>**Greenville, SC 29603-0587** | **First Class Mail** |
| **Massey's**<br>**c/o Creditors Bankruptcy Service**<br>**P.O. BOX 800849**<br>**Dallas, TX 75380** | **First Class Mail** |
| **Portfolio Recovery Associates, LLC**<br>**P.O. BOX 41067**<br>**Norfolk, VA 23541** | **First Class Mail**<br><br>**First Class Mail** |
| **Quantum3 Group LLC, as agent**<br>**for Crown Asset Management, LLC**<br>**P.O. BOX 788**<br>**Kirkland, WA 98083-0788** | **First Class Mail** |
| **Verizon**<br>**by American InfoSource as agent**<br>**4515 N. Santa Fe Ave.**<br>**Oklahoma City, OK 73118** | **First Class Mail** |
| **Roseanna England**<br>**100 E. Glenolden Ave., #E23**<br>**Glenolden, PA 19036** | **First Class Mail** |
| **Philip Winicov RE/MA Preferred-**<br>**Newtown Square**<br>**17 Campus Blvd., Suite 155**<br>**Newtown Square, PA 19073** | **Firt Class Mail** |

 1-31-25                                                                       **/s/ MICHAEL A. LATZES**
                                                                           **MICHAEL A. LATZES, ESQUIRE**
                                                                           **Attorney for Debtor**
                                                                           **1528 Walnut Street, Suite 710**
                                                                           **Philadelphia, PA 19102**
                                                                           **(215) 545-0200**
                                                                           **Attorney I.D. 34017**