UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Roseanna m. England :
                        :
            Debtor : NO. 22-11423 amc

## CERTIFICATION OF NO OBECTION OR RESPONSE

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice of Motion, Response Deadline and Hearing Date for Motion to Sell Property Free and Clear of All Liens, were served, postage prepaid or electronically, to all interested parties on January 31, 2025.

    Counsel certifies that more than fifteen (15) days have elapsed since the serving of said Notice and Motion and there have been no objection or other responsive pleadings filed in the above-referenced case and therefore requests that this court enter an order permitting the sale of the debtor's property.


  2-19-25                                                      /s/    MICHAEL A. LATZES
   Date                                                  MICHAEL A. LATZES, ESQUIRE
                                                         1528 Walnut Street, Suite 700
                                                         Philadelphia, PA   19102
                                                         (215) 545-0200 (Phone)
                                                         (215) 545-0668 (Fax)