UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Roseanne M. England :
           Debtor : NO. 22-11423 djb

# **O R D E R**

**AND NOW,** this _____ day of _____,2025, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, and any response thereto, it is hereby:

**ORDERED**, that debtor is authorized to sell her real property located at 100 E. Glenolden Avenue, Unit #E-23, Glenolden, PA 19036 (Property), with all liens to be paid at closing, for the sale price of **$100,000.00,** pursuant to the terms of a certain real estate Agreement of Sale dated as of December 26, 2024, to the buyer thereunder, Anita Levy ("Buyer"), who has been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or behalf of the Buyer, are approved and shall be distributed in the following manner:

| | |
|---|---:|
| 1. Ordinary and reasonable settlement costs, including but not limited to: HOA, U & O and Tax certificates, conveyancing fees, notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine charges. | $1,350.00 |
| 2. Liens paid at closing (including payoff of mortgage) | $37,792.39 |
| 3. Real estate taxes, sewer, trash and/or other such items | $202.42 |
| 4. Transfer Taxes | $1,000.00 |
| 5. Real estate commission, at no greater than 6% | $5,495.00 |
| 6. Attorney fees (paid from proceeds of sale) | $1,200.00 |
| TOTAL ESTIMATED COSTS OF SALE | $47,039.81 |
| TOTAL PROCEEDS OF ESTIMATED SALE | $52,960.19 |

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth E. West, Chapter 13 Trustee, the remaining balance due, in debtor's Chapter 13 Plan ($8,200.00) consistent with this Order and the sale of the Property which will pay off the plan balance with an additional distribution to unsecured creditors.  The balance of the proceeds from sale (approximately $44,790.19 ) shall be paid directly to the debtor, Roseanne England, at settlement.

Any creditor whose claim is paid at closing shall either withdraw or amend its proof of claim in Debtor's Chapter 13 Bankruptcy upon receipt of the sale proceed, if necessary for the administration of the Chapter 13 estate.

The Standing Chapter 13 Trustee, Kenneth West, is authorized to adjust the percentage to unsecured creditors based on the funds received in accordance with 11 USC Section 1329.

The title clerk e-mail settlementsheet@ph13trustee.com a completed ALTA or settlement sheet from the closing directly to the trustee immediately upon close of the settlement and the Trustee  shall promptly notify the title company of his approval or objections to the sums to be disbursed.  Upon trustee approval, the title clerk shall email a copy of the disbursement check to the trustee at settlementsheet@ph13trustee.com and shall immediately transmit the actual disbursement check to the trustee by overnight courier to Kenneth E. West, Trustee, 190 In. Indecence Mall West, Suite 701, Philadelphia, PA 19106.

This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004(h).

BY THE COURT:

_____
HONORABLE DEREK J. BAKER