IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Roseanna England**     : CHAPTER 13
:
     **Debtor(s)**     : NO. 22-11423 djb

NOTICE/ PRAECIPE CHANGE OF ADDRESS

TO THE CLERK:

Kindly amend the Petition and Docket as follows:

( X) Correct the Mailing Address of Debtor(s) from: 100 E. Glenolden Ave., Unit E-23
Glenolden, PA 19036

TO:

37 Stratford Avenue
Alden, PA 19018

(    ) Correct the Name of Debtor(s)

(    ) Correct the Address of Counsel

(    ) Correct the Name of Counsel

(    ) Other - Specify


4-18-25                                                     /s/ MICHAEL A. LATZES
 DATE                                                MICHAEL A. LATZES, ESQUIRE
                                                             1528 Walnut Street, Suite 710
                                                             Philadelphia, PA 19102
                                                             (215) 545-0200
                                                             Attorney I.D.# 34017