Certificate Number: 15317-PAE-DE-039567484

Bankruptcy Case Number: 22-11423



15317-PAE-DE-039567484

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 17, 2025</u>, at <u>5:25</u> o'clock <u>PM PDT</u>, <u>Rosanne M England</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 17, 2025</u>         By:    <u>/s/Jerry Fajardo</u>

                                 Name:  <u>Jerry Fajardo</u>

                                 Title: <u>Counselor</u>