United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rosanne M. England  
Debtor

Case No. 22-11423-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3  
Date Rcvd: May 14, 2025  Form ID: 138OBJ  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosanne M. England, 37 Stratford Avenue, Alden, Pa 19018-3815 |
| 14695470 | | Fingerhut, 6250 Ridgewood Road, Attn: Bankruptcy Dept., Philadelphia, PA 19134 |
| 14699742 | + | M&T Bank, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14710768 | + | Pentagon Federal Credit Union, c/o Danielle Boyle-Ebersole, Esq., Orlans, PC, 200 Eagle Road, Suite 120, Wayne, PA 19087-3115 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 15 2025 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14695468 | | Email/Text: cfcbackoffice@contfinco.com | May 15 2025 00:23:00 | Continental Finance Co., 4550 New Linden Hill Road, Suite 400, Attn: Bankruptcy Dept., Wilmington, DE 19808 |
| 14695466 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2025 00:23:00 | Comenity Bank/Brylnhme, P.O. 182789, Attn: Bankrupty Dept., Columbus, OH 43218-2789 |
| 14695467 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2025 00:23:00 | Comenity Bank/HSN, P.O. BOX 659707, Attn: Bankruptcy Dept., San Antonio, TX 78265-9707 |
| 14695469 | | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 00:45:10 | Credit One Bank, P.O. BOX 98873, Attn: Bankruptcy Dept., Las Vegas, NV 89193-8873 |
| 14695471 | | Email/Text: BNBLAZE@capitalsvcs.com | May 15 2025 00:23:00 | FSB Blaze Credit Card, 500 E. 60th Street, Attn: Bankruptcy Dept., Sioux Falls, SD 57104 |
| 14695472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:31:19 | Kohl's, P.O. BOX 3115, Attn: Bankruptcy Dept., Milwaukee, WI 53201-3115 |
| 14695473 | ^ | MEBN | May 15 2025 00:17:32 | LVNV Funding, c/o Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Attn: Bankruptcy Dept., Canonsburg, PA 15317-0403 |
| 14697146 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:31:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696955 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:30:15 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14695474 | | Email/Text: camanagement@mtb.com | May 15 2025 00:23:00 | M&T Bank, P.O. BOX 1288, Buffalo, NY 14240-1288 |
| 14703419 | | Email/Text: camanagement@mtb.com | May 15 2025 00:23:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

Case 22-11423-djb   Doc 70   Filed 05/16/25   Entered 05/17/25 00:37:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 14, 2025 | Form ID: 138OBJ | Total Noticed: 36 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14699099 | | ^ MEBN | May 15 2025 00:17:16 | M&T Bank, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14702387 | + | Email/Text: bankruptcy@sccompanies.com | May 15 2025 00:24:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14695475 | | Email/Text: bankruptcy@sccompanies.com | May 15 2025 00:24:00 | Masseys, P.O. BOX 2808, Attn: Bankruptcy Dept., Monroe, WI 53566-8008 |
| 14695476 | + | Email/PDF: cbp@omf.com | May 15 2025 00:31:03 | OneMain Financial Group, P.O. Box 1010, Attn: Bankruptcy Dept., Evansville, IN 47706-1010 |
| 14695477 | | Email/Text: bkrgeneric@penfed.org | May 15 2025 00:22:00 | Pentagon Federal Credit Union, P.O. BOX 247009, Attn: Bankruptcy Dept., Omaha, NE 68124-7009 |
| 14710194 | | Email/Text: bkrgeneric@penfed.org | May 15 2025 00:22:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 14695478 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:29:20 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Attn: Bankruptcy Dept., Norfolk, VA 23502 |
| 14704253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:29:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14704777 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 00:23:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14695479 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:29:14 | SYNCB/EVINE LIVE, P.O. BOX 965005, Attn: Bankruptcy Dept., Orlando, FL 32896-5005 |
| 14695480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:46:58 | SYNCB/HSN, P.O. Box 965017, Attn: Bankruptcy Dept., Orlando, FL 32896-5017 |
| 14695481 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:44:39 | SYNCB/SHOP, P.O. BOX 965015, Attn: Bankruptcy Dept., Orlando, FL 32896-5015 |
| 14695482 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:46:48 | SYNCB/TJX COS DC, P.O. BOX 965015, Attn: Bankruptcy Dept., Orlando, FL 32896-5015 |
| 14695483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 01:09:13 | SYW MC/CBNA, P.O. BOX 6217, Attn: Bankrupty Dept., Sioux Falls, SD 57117-6217 |
| 14695787 | | ^ MEBN | May 15 2025 00:17:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696136 | | ^ MEBN | May 15 2025 00:17:35 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695484 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 15 2025 00:23:00 | TBOM/FORTIVA MC, P.O. Box 105555, Attn: Bankruptcy Dept., Atlanta, GA 30348-5555 |
| 14710360 | + | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:29:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14695485 | + | Email/Text: bnc-bluestem@quantum3group.com | May 15 2025 00:24:00 | WebBank/Fingerhut, 6509 Flying Cloud Drive, Attn: Bankruptcy Dept., Eden Prairie, MN 55344-3380 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

Case 22-11423-djb   Doc 70   Filed 05/16/25   Entered 05/17/25 00:37:13   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 138OBJ | Total Noticed: 36 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Pentagon Federal Credit Union dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. LATZES | on behalf of Debtor Rosanne M. England efiling@mlatzes-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

Form 138OBJ (6/24)−doc 69 − 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  Rosanne M. England

  Debtor(s).

Case No. 22−11423−djb

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 14, 2025

For The Court

Timothy B. McGrath
Clerk of Court