| | |
|---|---|
| **Fill in this information to identify the** **Fill in this information to identify the case:** | |
| Debtor 1    Rosanne M. England | |
| Debtor 2 | |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania | |
| Case number   22-11423 MDC | |

Official Form 410S1

## Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: M&T Bank**                                                   **Court claim no**. (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 6180

**Date of payment change:**
Must be at least 21 days after date of this notice                                         12/01/2022

**New total payment:**                              $409.97
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $102.13              New escrow payment:  $ 95.27

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%                 New interest rate: _____%
   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
   Current mortgage payment: $_____         New mortgage payment: $_____

Official Form 410S1                          **Notice of Mortgage Payment Change**                           page 1

Document ID: c4a69f0f0eccb6c9d90133fc07b5b27aab5d3a7b6a3c12c695d3ce80b9675757

Debtor(s)   <u>Rosanne    M.   England</u>          Case number (*if known*) <u> 22-11423 MDC</u>
            First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
Signature
Print: Michael Farrington
04 Nov 2022, 16:39:23, EDT

Date   11/04/2022

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>       <u>Market Street, Suite 5000</u>
          Number           Street
          Philadelphia,                    PA    19106
          City                             State ZIP Code

Contact phone  (215) 627–1322        Email <u>bkgroup@kmllawgroup.com</u>