# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Rosanne M. England**<br>　　　　　　　　　　　　　**Debtor(s)**<br><br>**M&T Bank**<br>　　　　　　　　　　　　　**Movant**<br>　　　　vs.<br><br>**Rosanne M. England**<br>　　　　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**,<br>　　　　　　　　　　　　　**Trustee** | **BK NO. 22-11423 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Rosanne M. England
100 E. Glenolden Ave. Unit E-23
Glenolden, PA 19036

Attorney for Debtor(s)
Michael A. Latzes, Esq.
1528 Walnut Street (VIA ECF)
Suite 700
Philadelphia, PA 19102

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>November 9, 2022</u>

　　　　　　　　　　　　　　　　　　**/s/ Michael P. Farrington**
　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com